No. 75–1775. MASSACHUSETTS *v.* WESTCOTT. Sup. Ct. Jud. Mass. [Certiorari granted, *ante,* p. 815] Motion of S. Stephen Rosenfeld, Esquire, to permit Howard Whitehead, Esquire, to argue *pro hac vice* on behalf of petitioner granted.

No. 76–167. UNITED STATES *v.* RAMSEY ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 815.] Joint motion of respondents to strike petitioner's brief on the merits denied.

No. 76–180. SMITH, ADMINISTRATOR, HUMAN RESOURCES ADMINISTRATION OF NEW YORK CITY, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.;
No. 76–183. SHAPIRO, EXECUTIVE DIRECTOR, NEW YORK STATE BOARD OF SOCIAL WELFARE, ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.;
No. 76–5193. RODRIGUEZ ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL.; and
No. 76–5200. GANDY ET AL. *v.* ORGANIZATION OF FOSTER FAMILIES FOR EQUALITY AND REFORM ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, *ante,* p. 883.] Motion of Puerto Rican Family Institute, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 76–316. BATES ET AL. *v.* STATE BAR OF ARIZONA. Appeal from Sup. Ct. Ariz. [Probable jurisdiction noted, *ante,* p. 813.] Motion of the State of North Carolina et al. for leave to present oral argument as *amici curiae* denied.

No. 76–5358. HENRY *v.* FLORIDA, *ante,* p. 951. Counsel for respondent requested to file a response to petition for rehearing within 30 days.

No. 76–5697. JACKSON *v.* UNITED STATES. Motion for leave to file petition for writ of habeas corpus denied.